12-20-24

Dear Clerk

I got arrested trying to file for my "Retirement" at the H/H when I got back the van was here they arrested me for being here not my fault.

Abuse my Rights I Am in ELPaso Co DT Jail for trying to get my check!

Sincerely yours
Thomas Tiner
# 9563927
# 706290 TX

ELPaso PO Box 247
DT Co Jail Phoenix, MD. 21131



EL PASO CO JAIL
THOMAS TINER 9563927 (50)
P.O. Box 247 7062190
Phone: ???   ZII3?

El Paso... ZII3?
Lopez
civ MM
# 24.00017 C

U.S. District Court Clerk
33 Twohig St
San Angelo TX 76903

76903-645152